**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Gregory Lee Duncan,<br><br>                      Debtor. | Case No. 25-12414-AMC<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on October 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 23, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Barbara Boulware
Re: Gregory Duncan's Bankruptcy
131 Whitely Ter
Darby, PA 19023-2219

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Credit Acceptance**
25505 W Twelve Mile Rd
Suite 3000
Southfield, MI 48034

First Judicial District of Pennsylvania
Attn: Payment Center
1301 Filbert St
Philadelphia, PA 19107-2602

Frantz Laurenceau
Re: Gregory Duncan's Bankruptcy
335 W Adams St
Paulsboro, NJ 08066-1059

Haniyyah Wilson
Re: Gregory Duncan's Bankruptcy
10 S Sickels St
Philadelphia, PA 19139-3354

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Mario Quinones
Re: Gregory Duncan's Bankruptcy
2072 Anchor St
Philadelphia, PA 19124

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd Floor
Philadelphia, PA 19122

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Philadelphia Traffic Court
Attn: Bankruptcy
800 Spring Garden St
Philadelphia, PA 19108

Prime HVAC Solutions, Inc.
Attn: Bankruptcy
5488 Tabor Ave
Philadelphia, PA 19120

Shakeel Ahmad
Re: Gregory Duncan's Bankruptcy
8971 Turton Dr
Philadelphia, PA 19115-4503

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683