UNITED STATES BANKRUPTCY COURT

| In Re: | Chapter 13 |
|---|---|
| | Bankruptcy No. |

PRAECIPE

TO THE CLERK:

Please withdraw the Meeting of Creditors Held and Concluded filed on 10/30/2025.

Respectfully Submitted

Date: November 07, 2025

/s/
Kenneth E West Esq.
Standing Chapter 13 Trustee