UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     GREGORY LEE DUNCAN | : | Bky. No. 25-12414-AMC |
|     Debtor | : | |

\* \* \* \* \* \* \* \*

CERTIFICATION OF SERVICE

    I, Kenneth E. West, Esq., certify that on 9th day of December, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

    •Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307

    •Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 09, 2025

                                                                                  /s/ Kenneth E. West, Esq.
                                                                                 190 N. Independence Mall West
                                                                                 Suite 701
                                                                                 Philadelphia, PA  19106

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

GREGORY LEE DUNCAN
4226 COTTMAN AVENUE
PHILADELPHIA, PA  19135

Debtor 1
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

CIBIK LAW, P.C.
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102
Attorney
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107
United States Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: