**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Gregory Lee Duncan,                          Chapter 13

                      Debtor                 Case No.25-12414

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:                              **New Address**:

4226 Cottman Avenue                          1655 Lindenwood Street
Philadelphia, PA 19135                       Philadelphia, PA 19131

Date:  December 17, 2025                      CIBIK LAW, P.C.
                                             Attorney for Debtor

                                             By: /s/ Michael A. Cibik
                                                 Michael A. Cibik, Esquire
                                                 Attorney I.D. 23110
                                                 1500 Walnut Street, Suite 900
                                                 Philadelphia, PA 19102
                                                 P: 215-735-1060/F: 215-735-6769
                                                 E:  cibik@cibiklaw.com