# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| Gregory Lee Duncan, | Case No. 25-12414-AMC |
| --- | --- |
| *Debtor*. | Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on January 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Date:

January 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

Barbara Boulware
Re: Gregory Duncan's Bankruptcy
131 Whitely Ter
Darby, PA 19023-2219

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept.
3rd Floor
Philadelphia, PA 19122

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

First Judicial District of Pennsylvania
Attn: Payment Center
1301 Filbert St
Philadelphia, PA 19107-2602

Philadelphia Traffic Court
Attn: Bankruptcy
800 Spring Garden St
Philadelphia, PA 19108

Frantz Laurenceau
Re: Gregory Duncan's Bankruptcy
335 W Adams St
Paulsboro, NJ 08066-1059

Prime HVAC Solutions, Inc.
Attn: Bankruptcy
5488 Tabor Ave
Philadelphia, PA 19120

Haniyyah Wilson
Re: Gregory Duncan's Bankruptcy
10 S Sickels St
Philadelphia, PA 19139-3354

**Shakeel Ahmad**
Re: Gregory Duncan's Bankruptcy
8971 Turton Dr
Philadelphia, PA 19115-4503

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

Mario Quinones
Re: Gregory Duncan's Bankruptcy
2072 Anchor St
Philadelphia, PA 19124

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001